**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| NINA KLITSCH | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 1:16-cv-00793-UNA |
| DIVERSIFIED CONSULTANTS, INC. | : |
| | : |
| Defendant. | : |

## **STIPULATION TO DISMISS**

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Artemio C. Aranilla, II* | */s/ W. Christopher Componovo* |
| Artemio C. Aranilla, II, Esq. | W. Christopher Componovo, Esq. |
| Marshall, Dennehey, Warner, Coleman & Goggin | Kimmel & Silverman, P.C. |
| 1007 N. Orange Street, Suite 600 | 30 East Butler Pike |
| P.O. Box 8888 | Ambler, PA 19002 |
| Wilmington, DE 19899-8888 | Phone: (215) 540-8888 |
| Phone: (302) 552-4300 | Email:teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: February 14, 2017 | Date: February 14, 2017 |

BY THE COURT:

_____
                                   J.

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 14th day of February, 2017:

Artemio C. Aranilla, II, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899-8888
Phone: (302) 552-4300
Email: acaranilla@mdwcg.com

                                                  */s/ W. Christopher Componovo*
                                                  W. Christopher Componovo, Esq.
                                                  Kimmel & Silverman, P.C.
                                                  30 East Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Email:teamkimmel@creditlaw.com
                                                  Attorney for the Plaintiff